# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **FELICIA BREWER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-24-469-G |
| | ) |
| **WARDEN WHITE et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Felicia Brewer, a state inmate appearing pro se, initiated this civil action on May 8, 2024. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On January 10, 2025, Judge Mitchell issued a Report and Recommendation (Doc. No. 21) recommending that Plaintiff's claims against Defendants Johnson, Repp, Davis, White, and Godfrey be dismissed due to Plaintiff's failure to timely serve these defendants as required by Federal Rule of Civil Procedure 4(m).

In the Report and Recommendation, Judge Mitchell advised Plaintiff of her right to object to the Report and Recommendation by January 31, 2025. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not filed any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 21) in its entirety. Plaintiff's claims against Defendants Johnson, Repp, Davis, White, and Godfrey are DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of February, 2025.

_____
CHARLES B. GOODWIN
United States District Judge